Frank W. Thompson, Esq.
Nevada State Bar No. 1577
ERWIN & THOMPSON LLP
One East Liberty Street, Suite 424
Reno, NV 89501
Telephone: 775/786-9494
Facsimile: 775/786-1180

Attorneys for Plaintiff, Sandra G. Gresham.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA G. GRESHAM,<br><br>　　　　　Plaintiff,<br>vs.<br><br>TA OPERATING LLC, dba PETRO STOPPING CENTER #38, as Successor-in-Interest to PETRO STOPPING CENTERS, LP, A Delaware Limited Partnership, dba Petro Stopping Center #38 and TCA PSC GP LLC, an Ohio Limited Liability Company; XYZ Corporations, Partnerships and Limited Liability Companies 1-10; and DOES 1-10, inclusive,<br><br>　　　　　Defendants.<br>_____ / | Case No.   3:09-cv-00034-RCJ-VPC<br><br>**JUDGMENT ON JURY VERDICT** |

This matter was duly tried before a jury, commencing on May 18, 2011, the Honorable Robert C. Jones presiding. The matter was duly submitted to the jury, and, on May 25, 2011, according to the instructions given to the jury, the jury returned its verdict and answered certain interrogatories propounded to it. The verdict and the answers to the interrogatories propounded to the jury were consistent and, in accordance with that general verdict and the jury's answers to interrogatories,

**IT IS ADJUDGED that:**

　　1.　　Plaintiff Sandra G. Gresham shall recover from Defendant TA Operating LLC, dba Petro Stopping Center #38, as Successor-in-Interest by merger to Petro Stopping Centers LP, dba

///////

1 | Petro Stopping Center #38 and TCA PSC GP LLC, the total sum of $2,916,390.42, which represents:

      a.    The total damages of $3,240,433.80 as found by the jury in answer to Jury Question No. 4; and

      b.    Reduced by the sum of $324,043.38, the percentage of the total damages that reflects the percentage of fault in the amount of 10% attributed to the Plaintiff in answer to Jury Question No. 3.

2.    In addition to damages, the Plaintiff shall recover her costs of suit in the amount of $3,797.26.

3.    This Judgment will bear post judgment interest at the legal rate pursuant to 28 U.S.C. 1961 from this date until the date that the Judgment is satisfied in full.

**IT IS SO ORDERED:**

_____
U. S. DISTRICT JUDGE

Dated: June 25, 2012